WILSON TURNER KOSMO LLP
MICHAEL S. KALT (173228)
MARISSA L. LYFTOGT (259559)
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: mkalt@wilsonturnerkosmo.com
E-mail: mlyftogt@wilsonturnerkosmo.com

Attorneys for Defendant
RCM TECHNOLOGIES, INC.

ORRICK, HERRINGTON & SUTCLIFFE LLP
JOSEPH C. LIBURT (155507)
MICHAEL A. APARICIO (206300)
1000 Marsh Road
Menlo Park, California 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
Email: jliburt@orrick.com
Email: maparicio@orrick.com

Attorneys for Defendant
WORLDWIDE TECHSERVICES, LLC

LAW OFFICES OF MICHAEL TRACY
MICHAEL L. TRACY, ESQ. (237779)
2030 Main Street, Suite 1300
Irvine, CA 92614
Telephone: (949) 260-9171
Facsimile: (866) 365-3051
E-mail: mtracy@michaeltracylaw.com

Attorneys for Plaintiff
JAMES O'FALLIN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES O'FALLIN, an individual, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>RCM TECHNOLOGIES, INC., a New Jersey Corporation; and WORLDWIDE TECHSERVICES, LLC, a Delaware Limited Liability Company,<br><br>　　　　　Defendants. | Case No. 10-CV-2637-AJB (MDD)<br><br>**JOINT MOTION TO DISMISS PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND THE CLASS CLAIMS WITHOUT PREJUDICE**<br><br>Complaint filed December 21, 2010<br><br>District Judge:　Hon. Anthony J. Battaglia<br>Courtroom:　　12<br><br>Magistrate Judge:　Hon. Mitchell D. Dembin<br>Courtroom:　　C |

Case No. 10-CV-2637-AJB (MDD)

JOINT MOTION TO DISMISS PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND THE CLASS CLAIMS WITHOUT PREJUDICE

**Dismissal of Plaintiff's Individual Claims With Prejudice**

Plaintiff, JAMES O'FALLIN ("Plaintiff"), individually, Defendant RCM TECHNOLOGIES, INC. (RCM) and Defendant WORLDWIDE TECHSERVICES, LLC (WWTS), by and through their counsel of record, hereby jointly move this Court, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and CivLR 7.2, for an order dismissing Plaintiff's individual claims alleged in his first amended class action complaint ("First Amended Complaint") against RCM and WWTS, with prejudice, each party to bear its own costs and fees, in accordance with the terms set forth in the proposed order submitted herewith.

**Dismissal of Class Claims Without Prejudice**

Additionally, Plaintiff, on behalf of all others similarly situated, RCM and WWTS, by and through their counsel of record, hereby jointly move this Court, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and CivLR 7.2, for an order dismissing the class claims alleged in the First Amended Complaint as against RCM and WWTS, without prejudice and without costs to any party, in accordance with the terms set forth in the proposed order submitted herewith.

This motion is made and based upon this joint notice of motion filed by the parties and upon a fully executed settlement agreement between the parties.

///
///
///
///
///
///
///
///
///
///
///
///

JOINT MOTION TO DISMISS PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND THE CLASS CLAIMS WITHOUT PREJUDICE

Pursuant to CivLR 7.2.c, a proposed order has been jointly submitted by the parties as a separate document for the Court's consideration.

Dated:  August 22, 2011                    **WILSON TURNER KOSMO LLP**


                                           By:   /s/ Michael S. Kalt
                                                 MICHAEL S. KALT
                                                 MARISSA L. LYFTOGT
                                                 Attorneys for Defendant
                                                 RCM TECHNOLOGIES, INC.

Dated:  August 22, 2011                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                           By:   /s/ Michael A. Aparicio
                                                 JOSEPH C. LIBURT
                                                 MICHAEL A. APARICIO
                                                 Attorneys for Defendant
                                                 WORLDWIDE TECHSERVICES, LLC.

Dated:  August 22, 2011                    LAW OFFICES OF MICHAEL TRACY


                                           By:   /s/ Michael L. Tracy
                                                 MICHAEL L. TRACY
                                                 Attorneys for Plaintiff
                                                 JAMES O'FALLIN


                                **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to attorney Michael L. Tracy, counsel for Plaintiff James O'Fallin, and to attorney Michael A. Aparicio, counsel for Defendant WorldWide Techservices, LLC and that I have obtained Mr. Tracy's and Mr. Aparicio's authorizations to affix their electronic signatures to this document.

DATED:  August 22, 2011

                                           MICHAEL S. KALT

JOINT MOTION TO DISMISS PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND THE CLASS CLAIMS WITHOUT PREJUDICE